

**THE CITY OF NEW YORK**

ZACHARY W. CARTER
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

MELISSA WACHS
*Senior Counsel*
E-mail:mwachs@law.nyc.gov
Phone: (212) 356-2424
Fax: (212) 356-3509

November 21, 2017

**BY ECF**
Honorable Judge Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Steffon Best v. Police Officer Andy Cruz, et al.,</u>
           17 CV 4928 (RJD)(RML)

Your Honor:

    I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent Police Officer Andy Cruz in the above-referenced matter, in which plaintiff alleges, *inter alia*, that he was falsely arrested. The undersigned respectfully requests a one week enlargement of time to respond to plaintiff's pre-motion conference letter, from November 27, 2017 until December 4, 2017. The undersigned will be out of state beginning this afternoon, and will not return until the morning of November 27, 2017, due to the holiday. This is defendant's first request for an extension of time, and plaintiff's counsel, Baree N. Fett, Esq., consents.

    Thank you for your consideration herein.

                                   Respectfully submitted,

                                   /s/

                                   Melissa Wachs
                                   Senior Counsel
                                   Special Federal Litigation Division

cc:

    Baree N. Fett, Esq. (By ECF)
    *Attorney for Plaintiff*